JOHN B. BRADY et al., Copartners Doing Business as BRADY PALMER PRINTING Co., Respondents, *v.* STATE TAX COMMISSION, Appellant.

Argued June 5, 1942; decided July 29, 1942.

John J. Bennett, Jr., Attorney-General (*Henry Epstein, Wendell P. Brown* and *Oscar S. Mann* of counsel), for appellant.

*George Dyson Friou* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.